UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UTILITY WORKERS, LOCAL 369,
        Plaintiff,

v.

EXELON NEW ENGLAND POWER
SERVICES, INC.,
        Defendant.

C.A. No. 04-CV-10293 DPW

### NOTICE OF APPEARANCE

Please enter our appearances as attorneys on behalf of defendant Exelon New England Power Services, Inc. in the above-captioned matter.

Paul Lannon (BBO No. 563404)
Liam T. O'Connell (BBO No. 558429)
Douglas W. Phillips (BBO No. 636197)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: February 13, 2004

# 1693222_v1