UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTILITY WORKERS, LOCAL 369,<br>        Plaintiff,<br><br>v.<br><br>EXELON NEW ENGLAND POWER<br>SERVICES, INC.,<br>        Defendant. | C.A. No. 04-CV-10293 DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please be advised that Douglas W. Phillips hereby withdraws his appearance as attorney for defendant, Exelon New England Power Services, Inc., in the above-captioned matter.

/s/ Douglas W. Phillips (BBO #636197)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 3, 2004

# 1693222_v2