UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTILITY WORKERS, LOCAL 369,<br>Plaintiff,<br><br>v.<br><br>EXELON NEW ENGLAND POWER<br>SERVICES, INC.,<br>Defendant. | C.A. No. 04-CV-10293DPW |

**JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

Defendant Exelon New England Power Services, Inc. ("Exelon") and Plaintiff Utlity Workers, Local 369, hereby file this Joint Motion to Extend Time to File a Responsive Pleading, and jointly move the Court to extend the time in which Exelon must file a responsive pleading to Plaintiff's Complaint, up to and including March 26, 2004.

WHEREFORE, the parties respectfully request that the Court allow this assented-to Joint Motion.

Respectfully submitted,

| | |
|---|---|
| EXELON NEW ENGLAND POWER SERVICES, INC. | UTILITY WORKERS, LOCAL 369, |
| By its Attorneys, | By its Attorneys, |
| HOLLAND & KNIGHT LLP | SEGAL, ROITMAN & COLEMAN |
| _____<br>Liam T. O'Connell (BBO # 558249)<br>Paul G. Lannon, Jr. (BBO #563404)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | _____<br>Paul F. Kelly (BBO # 267000)<br>11 Beacon Street<br>Suite # 500<br>Boston. MA 02108<br>(617) 742-0208 |
| | _____<br>Liam Paul Deeney<br>(BBO # 648145)<br>Utlility Workers' Union of America<br>Local 369<br>120 Bay State Drive<br>Braintree, MA 02184 |

Dated: March 5, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
5 March 2004

# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
617-523-6850 Fax
www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago*
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Miami
New York
Northern Virginia
Orlando
Portland
Providence
St. Petersburg
San Antonio

San Francisco
Seattle
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas**
Helsinki
Mexico City
Rio de Janeiro
São Paulo
Tel Aviv**
Tokyo

*Holland & Knight LLC
**Representative Office

March 8, 2004

LIAM T. O'CONNELL
617-305-2020
ltoconnell@hklaw.com

**BY HAND**

Clerk
United States District Court
1 Courthouse Way
Suite 4110
Boston, MA  02210

    Re:  Utility Workers, Local 369 v. Exelon New England Power Services, Inc.
        C.A. No. 04-CV-10293DPW

Dear Sir/Madam:

    Enclosed for filing please find Joint Motion to Extend Time to File A Responsive Pleading. Please return the enclosed copy, stamped receipt, in the enclosed self-addressed, stamped envelope.

    Thank you for you attention to this matter.

        Sincerely yours,

        HOLLAND & KNIGHT LLP

        Liam T. O'Connell

LTO/afb
Enclosures
cc:    Paul F. Kelly, Esquire
        Liam Paul Deeney, Esquire