UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTILITY WORKERS, LOCAL 369,<br>Plaintiff,<br><br>v.<br><br>EXELON NEW ENGLAND POWER<br>SERVICES, INC.,<br>Defendant. | C.A. No. 04-CV-10293DPW |

## JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Defendant Exelon New England Power Services, Inc. ("Exelon") and Plaintiff Utlity Workers, Local 369, hereby file this Joint Motion to Extend Time to File a Responsive Pleading, and jointly move the Court to extend the time in which Exelon must file a responsive pleading to Plaintiff's Complaint, up to and including April 9, 2004. As grounds for this Motion, the parties state that they are exploring a potential negotiated resolution of this litigation.

WHEREFORE, the parties respectfully request that the Court allow this Joint Motion.

Respectfully submitted,

| | |
|---|---|
| EXELON NEW ENGLAND POWER SERVICES, INC. | UTILITY WORKERS, LOCAL 369, |
| By its Attorneys, | By its Attorneys, |
| HOLLAND & KNIGHT LLP | SEGAL, ROITMAN & COLEMAN |
| /s/ Liam T. O'Connell | /s/ Paul F. Kelly |
| Liam T. O'Connell (BBO # 558249) | Paul F. Kelly (BBO # 267000) |
| Paul G. Lannon, Jr. (BBO #563404) | 11 Beacon Street, Suite #500 |
| 10 St. James Avenue | Boston, MA 02108 |
| Boston, MA 02116 | (617) 742-0208 |
| (617) 523-2700 | |

/s/ Liam Paul Deeney
Liam Paul Deeney
(BBO # 648145)
Utlility Workers' Union of America
Local 369
120 Bay State Drive
Braintree, MA 02184

Dated: March 26, 2004

# 1758490_v2

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/IN HAND ON
26 March 2004

/s/

# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
617-523-6850 Fax
www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Miami
New York
Northern Virginia
Orlando
Portland
Providence
St. Petersburg

San Antonio
San Francisco
Seattle
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas*
Helsinki
Mexico City
Rio de Janeiro
São Paulo
Tel Aviv*
Tokyo

*Representative Office

March 26, 2004

LIAM T. O'CONNELL
617-305-2020
ltoconnell@hklaw.com

**_VIA HAND DELIVERY_**
Clerk
United States District Court
1 Courthouse Way
Suite 4110
Boston, MA  02210

Re: Utility Workers, Local 369 v. Exelon New England Power Services, Inc.
    C.A. No. 04-CV-10293DPW

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter please find a Joint Motion to Extend Time to File a Responsive Pleading.

Kindly acknowledge your receipt of this document by date-stamping the enclosed copy of this letter and returning it in the self-addressed, stamped envelope that has been enclosed herewith.

Sincerely yours,

HOLLAND & KNIGHT LLP

Liam T. O'Connell

LTO/wmg
Enclosures
cc: Paul F. Kelly, Esquire
    Liam Paul Deeney, Esquire

# 1760721_v1