UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UTILITY WORKERS UNION OF
AMERICA, LOCAL 369,

    Plaintiff

v.

EXELON NEW ENGLAND POWER SERVICE,

    Defendants.

Civil Action No. 04-10293-DPW

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure the Plaintiff gives notice that the Complaint may be dismissed without prejudice and without costs.

UTILITY WORKERS UNION
OF AMERICA, LOCAL 369

By their attorneys

_____
Paul F. Kelly, Esq.
BBO# 267000
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

_____
Liam Deeney, Esq.
BBO# 648145
UWUA, Local 369
120 Bay State Drive
Braintree, MA 02184

DATED: April 2, 2004